IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINA ROMAR, etc., | ) | No. CV-F-03-6668 AWI/SMS |
| | ) | |
| | ) | ORDER CONTINUING PLAINTIFF'S |
| | ) | MOTION FOR SUMMARY JUDGMENT |
| Plaintiff, | ) | (Doc. 77) FROM SEPTEMBER 18, |
| | ) | 2006 TO MONDAY, OCTOBER 23, |
| vs. | ) | 2006 AT 1:30 P.M. |
| | ) | |
| FRESNO COMMUNITY HOSPITAL, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Oral argument in connection with plaintiff's motion for summary judgment is continued from September 18, 2003 to Monday, October 23, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   September 13, 2006**           /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

1