IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROMAR, etc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>FRESNO COMMUNITY HOSPITAL,<br>et al.,<br><br>          Defendant. | No. CV-F-03-6668 AWI/SMS<br><br>ORDER DENYING AS MOOT<br>PLAINTIFF'S EX PARTE<br>APPLICATION FOR EXTENSION OF<br>TIME TO FILE REPLY BRIEF<br>(Doc. 95) |

Plaintiff's ex parte application for a two-week extension of time to file a reply brief to defendant Fresno Community Hospital's opposition to plaintiff's motion for summary judgment is DENIED as moot. Because defendant Thomas Mansfield has noticed a hearing on his motion for summary judgment for October 23, 2006, plaintiff's motion for summary judgment has been continued by separate order to October 23, 2006. Plaintiff's reply brief in support of her motion for summary judgment and her opposition to defendant Mansfield's motion for summary judgment

1

1  shall be filed on or before Tuesday, October 10, 2006.

IT IS SO ORDERED.

**Dated:     September 15, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                                               UNITED STATES DISTRICT JUDGE