IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| CHRISTINA ROMAR, a minor suing through her mother and legal representative, CORA ROMAR,<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER; DR. THOMAS MANSFIELD,<br><br>Defendants. | No. CV-F-03-6668 AWI SMS<br><br>ORDER ON PLAINTIFF'S *EX PARTE* APPLICATION FOR (1) EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION AGAINST DEFENDANT FRESNO COMMUNITY HOSPITAL; (2) EXTENSION OF TIME TO FILE OPPOSITION TO MOTIONS FOR SUMMARY ADJUDICATION FILED BY BOTH DEFENDANTS; AND (3) CONCOMITANT CONTINUANCE OF HEARING DATES |

This matter is before the Court on plaintiff's *ex parte* application for a thirty (30) day extension of time to file a reply in support of her motion for summary adjudication against defendant Fresno Community Hospital and Medical Center, to file an opposition to the motions for summary adjudication filed by both defendants, and for a concomitant continuance of the hearings on these three motions, currently scheduled for October 23 and 30, 2006.

Good cause appearing, the Court hereby orders as follows:

1.  The time for the filing of plaintiff's reply in support of her motion for summary adjudication against defendant Fresno Community Hospital and Medical Center is hereby extended to November 6, 2006.

2.  The time for the filing of plaintiff's opposition to the motions for summary adjudication filed by both defendants is hereby extended to November 13, 2006.

3.  Both Defendants's replies are due on November 20, 2006.

4.     The hearings on all motions for summary judgment are continued to November 27, 2006.

**IT IS SO ORDERED.**

**Dated:     October 10, 2006                              /s/ Anthony W. Ishii**
**0m8i78                                                    UNITED STATES DISTRICT JUDGE**

-2-