**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTINA ROMAR, a minor suing through her mother and legal representative, CORA ROMAR,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, and DR. THOMAS MANSFIELD,** )<br>)<br>)<br>)<br>**Defendants.** )<br>) | CIV F 03-6668 AWI SMS<br><br>**ORDER ON THE HOSPITAL'S EX PARTE APPLICATION TO ALTER SUMMARY JUDGMENT RESPONSE AND HEARING DATES** |

Trial in this matter is set for May 8, 2007, and the pre-trial conference is set for March 30, 2007. Currently pending before the Court are motions for summary judgment filed by each party to this case. These motions are currently set to be heard on November 27, 2006. The Court set this hearing date, and the date to file oppositions and replies, at the *ex parte* request of Plaintiff. The Court signed the order on October 10, 2006, but the order was not docketed until October 12, 2006. After the Court signed its order on October 10, 2006, the Hospital's counsel filed a notice of non-availability also on October 10, 2006. The Hospital's counsel states that she will be unavailable from November 2 to November 22, 2006, because she will be getting married and having her honeymoon. Because the Hospital's reply in support of summary judgment is currently due on November 20, 2006, maintaining the current schedule would cause her to cut

short her honeymoon at a considerable expense. The Hospital seeks to move its reply date to December 4, 2006, and the hearing date to December 11, 2006. Plaintiff has no objection to these dates, but Dr. Mansfield objects. Dr. Mansfield's counsel has filed a declaration whereby he states that he has no objection to altering the dates for the Hospital's motion, but requests that his own motion dates remain the same. Because the claims made against the Hospital are different from the claims made against Dr. Mansfield, there is no harm in keeping the current schedule with respect to his motion.

Having considered the papers filed by the parties, the Court will grant the Hospital's *ex parte* request and move the dates associated with the Hospital and Plaintiff's motions to December 11, 2006.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff and Defendant Hospital's respective motions for summary judgement/adjudication, currently set for November 27, 2006, is reset to December 11, 2006, at 1:30 p.m. in Courtroom 2;
2. Defendant Hospital's reply will be due on or by December 4, 2006; and
3. All dates associated with Defendant Mansfield's motion for summary judgment will remain unaltered and the hearing on Mansfield's motion for summary judgment will remain on November 27, 2006.

IT IS SO ORDERED.

**Dated:    October 26, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE

2