IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROMAR, a minor suing through her mother and legal representative, CORA ROMAR,<br><br>    Plaintiff,<br><br>  v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, and DR. THOMAS MANSFIELD,<br><br>    Defendants. | CIV F 03-6668 AWI SMS<br><br>ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR AN EXTENSION IN WHICH TO FILE A REPLY IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT |

  Currently set for hearing on December 11, 2006, are Plaintiff's motion for summary adjudication against the Hospital and the Hospital's motion for summary judgment against Plaintiff.  Plaintiff's reply brief in support of her motion for summary adjudication is by order due on November 6, 2006.  This Court recently changed the hearing date on these motions to December 11, 2006, as per the request of the Hospital.  Plaintiff has filed an ex parte application for a three week extension to file her reply in support of her motion for summary adjudication.  Given the current hearing date of December 11, 2006, the Court sees no prejudice to the Hospital and will grant Plaintiff's request for an extension.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's ex parte request for an extension
2  of time is GRANTED and Plaintiff may file her reply in support of her motion for summary
3  adjudication by 4:00 p.m. on November 27, 2006.

5  IT IS SO ORDERED.

6  **Dated:   November 8, 2006**                    /s/ **Anthony W. Ishii**
   0m8i78                                          UNITED STATES DISTRICT JUDGE

daw                                2