1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTINA ROMAR, a minor suing through her mother and legal representative, CORA ROMAR,**<br><br>　　　　　　**Plaintiff**,<br><br>　　v.<br><br>**FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, and DR. THOMAS MANSFIELD,**<br><br>　　　　　　**Defendants.** | CIV F 03-6668 AWI SMS<br><br>**ORDER VACATING NOVEMBER 27, 2006, HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

　　Defendant Dr. Mansfield has noticed for hearing and decision a motion for summary judgment. The matter was scheduled for hearing to be held on November 27, 2006. Pursuant to Court orders (Document Nos. 100 & 105) and Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than November 13, 2006. Plaintiff failed to do so.

　　Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules and Court Orders. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant Dr. Mansfield's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 27, 2006, is VACATED, and no party shall appear at that time.  As of November 27, 2006, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 15, 2006**                             /s/ Anthony W. Ishii
0m8i78                                                     UNITED STATES DISTRICT JUDGE

2