IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROMAR, a minor suing through her mother and legal representative, CORA ROMAR,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, and DR. THOMAS MANSFIELD,<br><br>Defendants. | CIV F 03-6668 AWI SMS<br><br>ORDER ON PLAINTIFF'S LATE FILED OPPOSITION TO DR. MANSFIELD'S MOTION FOR SUMMARY JUDGMENT |

Currently pending before the Court is Dr. Mansfield's motion for summary judgment. The hearing on this motion was set for November 27, 2006, and Plaintiff's opposition was due on November 13, 2006.  On November 16, the Court vacated the hearing date due to Plaintiff's failure to timely file an opposition.  In the late afternoon of November 16, Plaintiff filed her opposition.

Plaintiff's opposition remains untimely and her right to be heard at an oral argument remains forfeit.  However, in the interests of justice, the Court will consider Plaintiff's untimely opposition to Dr. Mansfield's motion.  Dr. Mansfield will be given additional time in which to reply to Plaintiff's opposition.  The Court cautions Plaintiff that it will not look favorably upon any further untimely filed papers, absent unforeseen circumstances.

1      Accordingly, IT IS HEREBY ORDERED that:

2   1.  The Court will consider Plaintiff's untimely filed opposition to Dr. Mansfield's motion

3       for summary judgment.

4   2.  Dr. Mansfield may file a reply to Plaintiff's opposition by 10:00 a.m., November 27,

5       2006.[1]

7   IT IS SO ORDERED.

8   **Dated:   November 17, 2006**              /s/ Anthony W. Ishii
    0m8i78                                      UNITED STATES DISTRICT JUDGE

---

[1] A reply sooner than November 27, 2006, although not required given the Thanksgiving holiday, would be preferable if possible.

daw                                    2