1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTINA ROMAR, a minor suing** ) | **CIV F 03-6668 AWI SMS** |
| **through her mother and legal** ) | |
| **representative, CORA ROMAR,** ) | **ORDER ON MOVING PRE-** |
| ) | **TRIAL CONFERENCE TO** |
| **Plaintiff,** ) | **APRIL 6, 2007, AND ORDER** |
| **v.** ) | **TO SHOW CAUSE** |
| ) | |
| **FRESNO COMMUNITY HOSPITAL** ) | |
| **AND MEDICAL CENTER, and** ) | |
| **DR. THOMAS MANSFIELD,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

        Trial in this matter is currently set for May 8, 2007.  The Pre-Trial conference is currently

set for March 30, 2007.  By Local Rule, the time to file a joint pre-trial statement was on or by

March 23, 2007.  See Local Rule 16-281.  As of the time of signing of this order, no pre-trial

statements have been filed nor has there been a request to continue the pre-trial conference.  The

failure of the parties to file a pre-trial statement renders the pre-trial procedures incomplete and

the pre-trial conference impractical.  It is therefore necessary to move the pre-trial conference

date and for the parties to file a joint pre-trial statement.  Further, because the parties have failed

to file a pre-trial statement, they are in violation of the Local Rules.  On the new date set for the

pre-trial conference, the parties's counsel are to show cause why sanctions should not be imposed

1   upon them for their failure to follow Local Rule 16-281,[1] which has forced the Court to move the

2   pre-trial conference *sua sponte*. See Local Rule 11-110.

3

4          Accordingly, IT IS HEREBY ORDERED that:

5   1.     The previously set pre-trial conference date of March 30, 2007, is VACATED due to the

6          parties's failure to follow Local Rule 16-281;

7   2.     The new pre-trial conference date is April 6, 2007, at 8:00 a.m. in Courtroom No. 2;

8   3.     The parties are to file a joint pre-trial statement on or by Tuesday, April 3, 2007; and

9   4.     On April 6, 2007, at 8:00 a.m. the parties's counsel are also to show cause why sanctions

10         should not be imposed upon them for their failure to follow Local Rule 16-281.

11

12  IT IS SO ORDERED.

13  **Dated:    March 29, 2007**                         **/s/ Anthony W. Ishii**
    0m8i78                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26
    ――――――――――――

        [1]If more time to file a joint pre-trial statement was needed, the proper course was to file a
27  motion for continuance of the pre-trial conference.

28                                          2