1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9
10

| | |
|---|---|
| **CHRISTINA ROMAR, a minor suing** ) | **CIV F 03-6668 AWI SMS** |
| **through her mother and legal** ) | |
| **representative, CORA ROMAR,** ) | **ORDER ON PLAINTIFF'S EX** |
| ) | **PARTE APPLICATION TO** |
| **Plaintiff,** ) | **VACATE PRE-TRIAL AND** |
| **v.** ) | **TRIAL DATES** |
| ) | |
| **FRESNO COMMUNITY HOSPITAL** ) | |
| **AND MEDICAL CENTER, and** ) | |
| **DR. THOMAS MANSFIELD,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

11
12
13
14
15
16
17
18
19

        Trial in this matter is currently set for May 8, 2007.  The Pre-Trial conference is currently

20 set for April 6, 2007.  On March 29, 2007, the Court moved the pre-trial conference to April 6,

21 2007, due to the parties's failure to file a pre-trial statement and failure to request a continuance.

22 The Court also ordered the parties to prepare to show cause on April 6, 2007, why sanctions

23 should not issue due to violations of the local rules.  Following the Court's order, both parties

24 filed documents with the Court on March 29, 2007.

25         Plaintiff filed an ex parte request to vacate the May 8 trial date and the new April 6 pre-

26 trial conference.  Plaintiff's counsel declares that his current case load, and in particular a

27 pending murder trial set for May 2007 in Alameda County and a complex state habeas

28 proceeding with approaching deadlines, make the current May 8 trial date infeasible.  Plaintiff's

counsel requests that the Court vacate the current trial dates and set a scheduling conference for April 6, 2007.

Defense counsel has filed a declaration which mainly explains why she did not file a pre-trial statement or request a continuance.  At the end of her declaration, Defense counsel states that, because she has not heard, or received requested information, from Plaintiff, it appears that she has no choice but to agree to a short continuance of the trial.

In light of the foregoing, the Court will grant Plaintiff's ex parte application to vacate the trial and pre-trial dates.  Further, in light of the explanations offered regarding the parties's failure to file a pre-trial statement, the Court will discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1.    The currently set April 6, 2007, pre-trial conference and the May 8, 2007, trial date in this matter are VACATED;

2.    The parties are to meet and confer regarding a new trial and pre-trial conference date and to submit to the Court on or by April 9, 2007, a list of agreeable trial dates;

3.    If the parties cannot mutually agree upon new and acceptable trial dates, they are to contact the Magistrate Judge by April 12, 2007, for the purpose of scheduling new trial and pre-trial conference dates;

4.    If the parties believe that a settlement conference would be productive, they are to contact the Magistrate Judge to reschedule the previously canceled settlement conference; and

5.    The Order to Show Cause issued on March 29, 2007, is DISCHARGED.

IT IS SO ORDERED.

**Dated:    April 2, 2007**                         _____/s/ Anthony W. Ishii_____
0m8i78                                              UNITED STATES DISTRICT JUDGE

2