IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINA ROMAR, a minor suing through her mother and legal representative, CORA ROMAR,**<br><br>  Plaintiff,<br>  v.<br><br>**FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, and DR. THOMAS MANSFIELD,**<br><br>  **Defendants.** | **CIV F 03-6668 AWI SMS**<br><br>**ORDER RESETTING TRIAL AND PRE-TRIAL DATES IN LIGHT OF STIPULATION** |

On April 3, 2007, the Court vacated trial in this matter and ordered to the parties to submit an agreed upon new trial date or to schedule a conference with Magistrate Judge Snyder. On April 17, 2007, the parties filed a stipulation to reset the trial date in this matter for December 11, 2007, with a pre-trial conference date of October 24, 2007. The Court will give effect to the parties's stipulation.

//
//
//
//

Accordingly, IT IS HEREBY ORDERED that:

1. Trial in this matter is reset to December 11, 2007, at 8:30 a.m. in Courtroom No. 2;
2. The pre-trial conference in this matter will be held on October 24, 2007, at 8:30 a.m.; and
3. The parties will file a joint pre-trial statement in accordance with Local Rule 16-281.

IT IS SO ORDERED.

**Dated:    April 18, 2007**                          /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE

daw

2