UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROMAR, a minor suing through, her mother and legal representative, CORA ROMAR,<br><br>             Plaintiff,<br><br>      vs.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER; DR. THOMAS MANSFIELD,<br><br>             Defendants. | Case No.: CIV-F-03-6668 AWI SMS<br><br>**STIPULATION AND ORDER TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF OBTAINING ADDITIONAL INFORMATION REGARDING PLAINTIFF'S CLAIMS OF INJURY AND DAMAGE**<br><br>TRIAL DATE:  November 5, 2008<br>(The Hon. Anthony W. Ishii) |

The parties filed the following stipulation:

IT IS HEREBY STIPULATED by the parties in the above-entitled action through their respective attorneys that:

1

Romar v. Fresno Community Hospital; Case # CIV-F-03-6668 AWI SMS                                  50-4907

**STIPULATION [AND ORDER] TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF OBTAINING ADDITIONAL INFORMATION REGARDING PLAINTIFF'S CLAIMS OF INJURY AND DAMAGE**

1. The parties hereby agree to reopen discovery for the limited purpose of obtaining additional information regarding Plaintiff CHRISTINA ROMAR's claims of injury and damage in the above-entitled action.

2. The parties hereby agree to allow additional records to be obtained from Plaintiff CHRISTINA ROMAR's previously identified medical providers, care givers, educational facilities, and entities who have provided payment for her care and/or treatment.

3. The parties hereby agree to allow depositions of any medical providers who have treated Plaintiff CHRISTINA ROMAR since December 2006, whether or not that provider has been previously deposed in this action.

4. The parties hereby agree that the discovery proposed above is to be completed on or before August 20, 2008.

5. The parties hereby agree to provide on or before May 1, 2008 supplemental discovery responses regarding Plaintiff CHRISTINA ROMAR's medical providers, care givers, and claims of damages sought to be recovered in the above-entitled action, including, but not limited to, updated information regarding MediCal payments and lien amounts.

**ORDER**

In accordance with the stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   February 6, 2008**          /s/ **Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE

2

Romar v. Fresno Community Hospital; Case # CIV-F-03-6668 AWI SMS                    50-4907

**STIPULATION [AND ORDER] TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF OBTAINING ADDITIONAL INFORMATION REGARDING PLAINTIFF'S CLAIMS OF INJURY AND DAMAGE**