Celene Boggs Resong, #172577
STAMMER, McKNIGHT, BARNUM & BAILEY LLP
2540 W. Shaw Lane, Suite 110 (93711)
Post Office Box 9789
Fresno, California  93794-9789
(559) 449-0571

Attorneys For:  Defendant
**FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA ROMAR, a minor suing through, her mother and legal representative, CORA ROMAR,<br><br>             Plaintiff,<br><br>       vs.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER; DR. THOMAS MANSFIELD,<br><br>             Defendants. | Case No.: CIV-F-03-6668 AWI SMS<br><br>**STIPULATION AND ORDER TO RESET THE TRIAL, PRE-TRIAL CONFERENCE, AND CONTINUED SETTLEMENT CONFERENCE**<br><br>TRIAL DATE:  December 11, 2007<br>(The Hon. Anthony W. Ishii) |

IT IS HEREBY STIPULATED by the parties in the above-entitle action through their respective attorneys that:

1.     The trial date shall be reset to commence on Wednesday, February 18, 2009.

2.     Some of the witnesses have short scheduling conflicts with the new trial date, but the parties hereby agree to work together and with the Court to obtain the testimony of all of the witnesses without any undue delays in the trial.  However, the parties are agreed that Plaintiff's expert, Dr. Goldman will be able to testify before Defendant's experts.

\\\

---

3. The parties hereby agree to reset the Pre-Trial Conference to Thursday, December 18, 2008 at 8:30 a.m.

4 The parties hereby agree to preparation and filing of separate Pre-Trial Statements pursuant to Local Rule 16-281.

5. The parties agree to a continued settlement conference before Magistrate Judge Snyder on December 9, 2008 at 10:00 a.m.

6. New Confidential Settlement Conference Statements will be prepared by each party and delivered directly to Magistrate Judge Snyder by noon (12:00 p.m.) on Tuesday, December 2, 2008.

DATE: November  6 , 2008                    The Law Office of Kevin G. Little

 /s/  Kevin G. Little
Kevin G. Little, Attorney for Plaintiff
CHRISTINA ROMAR, by and through her
guardian ad litem CORA ROMAR

Dated:  November  6 , 2008                    Stammer, McKnight, Barnum & Bailey LLP

Celene Boggs Resong, Attorneys for Defendant
FRESNO COMMUNITY HOSPITAL
AND MEDICAL CENTER

**ORDER**

IT IS SO ORDERED.

DATED:    11/18/2008 

 /s/ SANDRA M. SNYDER
The Honorable Sandra M. Snyder
UNITED STATES DISTRICT MAGISTRATE JUDGE