UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROMAR, a minor suing through her mother and legal representative, CORA ROMAR,<br><br>　　　　　Plaintiff,<br>　　v.<br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER; DR. THOMAS MANSFIELD, et al.,<br><br>　　　　　Defendants. | 1:03-cv-06668-AWI-SMS<br><br>ORDER ADOPTING IN PART AMENDED FINDINGS AND RECOMMENDATION RE: PETITION FOR COMPROMISE OF DISPUTED CLAIMS OF MINOR (Docs. 188, 183)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT DOCUMENTATION OF THE FORMATION OF THE SPECIAL NEEDS TRUST TO THE MAGISTRATE JUDGE NO LATER THAN THIRTY DAYS AFTER THE DATE OF SERVICE OF THIS ORDER |

　　　Plaintiffs are proceeding with a civil action in this Court. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303. Pending before the Court is Plaintiff's petition for approval of compromise of disputed claims of the minor Plaintiff, filed on April 29, 2009, with exhibits that included the minor's compromise form and attachments.

　　　On June 17, 2009, the Court filed amended findings and recommendations concerning Plaintiff's petition for approval of minors' compromise, recommending that the terms of the settlement

1

be approved by the district judge assigned to the action even though the special needs trust that is to be formed solely for the benefit of the minor's needs has not yet been established. The Court further recommended that the parties proceed without delay to finalize the formation of the special needs trust and submit to the Court for approval the documentation of the formation of the trust pursuant to the minor's compromised settlement, with all payments of fees and expenses as set forth in the findings and recommendations to be ordered at the time that the special needs trust is approved. Thereafter, the case would be dismissed by a separate order to be submitted by the parties.

    The amended findings and recommendation were served on all parties on June 17, 2009, and contained notice that any objections be filed no later than June 30, 2009. The requisite period of time has passed, but no party has filed any objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The amended findings and recommendation filed June 17, 2009, are ADOPTED IN FULL; and

    2. Plaintiff's petition for approval of the minor's compromised settlement IS GRANTED IN PART, and

    3. The terms of the settlement and proposed distributions

2

thereunder, with the provision concerning attorney's fees as set forth in the findings and recommendations, ARE APPROVED, and the parties ARE DIRECTED TO PROCEED without delay to finalize the formation of the special needs trust; and

    4. Plaintiff IS DIRECTED TO SUBMIT to the Magistrate Judge no later than thirty days after the date of service of this order documentation of the creation of the special needs trust and of any other matters relating to the compromised settlement of the minor's claim that still require approval of the Court in order that the Magistrate Judge may review the documentation and prepare findings and recommendations concerning the establishment of the special needs trust and concerning the disbursements to be made pursuant to the settlement.

IT IS SO ORDERED.

**Dated:   July 2, 2009**                            /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE