IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROMAR, a minor suing through her mother and legal representative, CORA ROMAR,<br><br>           Plaintiff,<br>   v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, and DR. THOMAS MANSFIELD,<br><br>           Defendants. | 1:03-CV-6668 AWI SMS<br><br>ORDER FOR STATUS REPORT |

      This case settled in December 2009, and the minor's settlement was approved in June 2010. As part of the settlement, Plaintiff was to take the necessary steps to transfer jurisdiction and supervision of the special needs trust to the Fresno Superior Court - Probate Division. On July 6, 2010, Plaintiff filed a notice with this Court that she had filed a petition in the Fresno Superior Court for transfer of jurisdiction. On October 18, 2010, after the Court requested a status report, Plaintiff explained that the Fresno Superior Court granted the petitioner to transfer jurisdiction over the trust, subject to Plaintiff submitting filings with the California Department of Health Services. Plaintiff stated that she would inform the Court when the appropriate orders had been signed by the pertinent California entities. The Court has heard nothing since. In light of the passage of time, Plaintiff will be directed to inform the Court whether the Fresno Superior

Court has assumed jurisdiction over, and supervision of, the special needs trust and whether the Court can close this long pending case.

Accordingly, IT IS HEREBY ORDERED that, as soon as possible but no later than ten (10) calendar days from the service of this order, Plaintiff shall inform this Court in writing whether the Fresno Superior Court has assumed jurisdiction over the special needs trust <u>and</u> whether this Court may close this case.

IT IS SO ORDERED.

Dated:     December 8, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2