IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROMAR, a minor suing through her mother and legal representative, CORA ROMAR,<br><br>  Plaintiff,<br>  v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, and DR. THOMAS MANSFIELD,<br><br>  Defendants. | 1:03-CV-6668 AWI SMS<br><br>ORDER CLOSING CASE |

    This case settled in December 2009, and the minor's settlement was approved in June 2010. As part of the settlement, Plaintiff was to take the necessary steps to transfer jurisdiction and supervision of the special needs trust to the Fresno Superior Court - Probate Division.

    On December 13, 2010, Plaintiff informed the Court that the Fresno Superior Court - Probate Division signed an order that accepted transfer of jurisdiction of the special needs trust. Plaintiff advises the Court that there is nothing remaining for the Court to do and that the case may now be closed. The Court agrees. Since jurisdiction has been transferred, this case will now close.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall CLOSE this case in light of the parties' settlement and the now completed transfer of jurisdiction to the Fresno Superior Court - Probate Division.

IT IS SO ORDERED.

Dated:  December 14, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE